# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

2011 AUG 19  A 11: 41

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**Chambers of**
**Richard D. Bennett**
**United States District Judge**
**Northern Division**

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

August 19, 2011

TO COUNSEL OF RECORD

RE:  USA v. Currie, et al. – Juror Questionnaire
     Criminal No. RDB-10-0532

Dear Counsel:

This will confirm the telephone conference of yesterday with respect to the Juror Questionnaire. That Questionnaire must be given to the Clerk's Office by next Wednesday, August 24, 2011, so that it can be mailed to 300 potential jurors by August 29, 2011. As these Questionnaires are received, I will schedule one or two court sessions for review to determine any strikes for cause.

Pursuant to Rule 24(b)(2) of the Federal Rules of Criminal Procedure, the Government is allowed six peremptory strikes and the Defense is allowed ten. Defense counsel have requested that they be allowed a total of 15 peremptory strikes. By next Monday, August 22, 2011, counsel for the Defendants shall submit a two page letter summarizing the reasons for their request and Government counsel can submit a letter in opposition if they so choose. I will advise counsel by next Wednesday, August 24, 2011 with respect to the number of peremptory challenges to which the defense will be entitled. In light of the fact that we will select four Alternate Jurors, pursuant to Rule 24(c)(4) each side will be entitled to two additional peremptory challenges.

Sincerely,

Richard D. Bennett
United States District Judge

RDB/klf